# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN LEMON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:17-cv-00572-SVW-AGR<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6** |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-00572-SVW-AGR, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated:    August 28, 2017     _/s/ Stephen V. Wilson_
Hon. Stephen V. Wilson
United States District Court Judge

1

158289.1